ELEANOR O'ROURKE et al., Appellants, *v.* A. I. NAMM & SON, INC., et al., Respondents.

Submitted May 23, 1946; decided June 14, 1946.

*Esther R. Brause* and *Leonard Acker* for appellants.
*William L. Shumate* for respondents.

Judgment of Appellate Division reversed and that of Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that there was evidence of negligence proper to be submitted to the jury; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.